RAMIN R. YOUNESSI, ESQ.: (SBN 175020)
ryounessi@younessilaw.com
HEATHER N. PHILLIPS, ESQ. (SBN 258638)
hphillips@younessilaw.com
JAKE GRIFFITHS, ESQ. (SBN 357097)
jgriffiths@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI, APLC**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90010
Tel: (213) 480-6200
Fax: (213) 480-6201

Attorneys for Plaintiff
ROSALINDA VAZQUEZ HERNANDEZ

TIMOTHY M. RUSCHE, ESQ. (SBN 230036)
trusche@mcguirewoods.com
**MCGUIREWOODS LLP**
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Tel: (213) 270-9600
Fax: (213) 270-9601

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA VAZQUEZ HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEODIS LOGISTICS, LLC, a limited liability company; GEODIS USA, LLC, a limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00613-SSS-DTB<br><br>Assigned to the Honorable Judge Sunshine S. Sykes<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: December 6, 2023<br>Arbitration Date: March 30, 2026 |

Plaintiff Rosalinda Vazquez Hernandez ("Plaintiff") and Defendants Geodis Logistics, LLC and Geodis USA, LLC ("Defendants") (collectively the "Parties"), acting through counsel, hereby stipulate that the above-captioned action should be dismissed in its entirety with prejudice pursuant to Federal Code of Civil Procedure 41(a)(1)(A)(ii), as follows:

WHEREAS, the Parties have resolved Plaintiff's claims; and

WHEREAS, Plaintiff desires to dismiss the action in its entirety and all claims against Defendants with prejudice.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record that this action shall be and hereby is dismissed with prejudice pursuant to Federal Code of Civil Procedure 41(a), with each party to bear her/its own attorneys' fees and costs.

Dated: May 16, 2025

LAW OFFICES OF RAMIN R. YOUNESSI, APLC

By: /s/ Ramin R. Younessi
Ramin R. Younessi, Esq.
Heather Phillips, Esq.
Jake Griffiths, Esq.
Attorneys for Plaintiff,
ROSALINDA VAZQUEZ HERNANDEZ

Dated: May 16, 2025

**MCGUIREWOODS LLP**

By: */s/* Timothy M. Rusche
Timothy M. Rusche, Esq.
Attorneys for Defendant,
GEODIS LOGISTICS, LLC and GEODIS USA, LLC

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2), I have obtained the authorization from each of the above signatories to file the above-referenced document, and that the above signatories concur in and authorize the filing's content. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 16, 2025                                  **MCGUIREWOODS LLP**

                                                By:   */s/* Timothy M. Rusche
                                                      Timothy M. Rusche, Esq.
                                                      Attorneys for Defendant,
                                                      GEODIS LOGISTICS, LLC and GEODIS USA, LLC