JS-6

RAMIN R. YOUNESSI, ESQ.: (SBN 175020)
ryounessi@younessilaw.com
HEATHER N. PHILLIPS, ESQ. (SBN 258638)
hphillips@younessilaw.com
JAKE GRIFFITHS, ESQ. (SBN 357097)
jgriffiths@younessilaw.com
LAW OFFICES OF RAMIN R. YOUNESSI, APLC
3435 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90010
Tel: (213) 480-6200
Fax: (213) 480-6201

Attorneys for Plaintiff
ROSALINDA VAZQUEZ HERNANDEZ

TIMOTHY M. RUSCHE, ESQ. (SBN 230036)
trusche@mcguirewoods.com
MCGUIREWOODS LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Tel: (213) 270-9600
Fax: (213) 270-9601

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALINDA VAZQUEZ HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEODIS LOGISTICS, LLC, a limited liability company; GEODIS USA, LLC, a limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00613-SSS-DTBx<br><br>Assigned to the Honorable<br>Judge Sunshine S. Sykes<br><br>**ORDER RE STIPULATION TO DISMISS WITHOUT PREJUDICE DEFENDANTS GEODIS LOGISTICS, LLC AND GEODIS USA, LLC**<br><br>Complaint Filed: December 6, 2023<br>Arbitration Date: March 30, 2026 |

1

Before the Court is Plaintiff and Defendants Geodis Logistics, LLC and Geodis USA, LLC's Joint Stipulation to Dismiss Defendants Geodis Logistics, LLC and Geodis USA, LLC (collectively "the Parties") from this matter without prejudice. Pursuant to the Parties' stipulation under Rules 41(a) and (c) of the Federal Rules of Civil Procedure, the Court hereby ORDERS:

That the Stipulation is GRANTED. Defendants Geodis Logistics, LLC and Geodis USA, LLC are dismissed from this matter without prejudice. The Parties are to pay their own attorneys' fees and costs associated with this lawsuit, unless otherwise agreed.

Dated: May 19, 2025

By _____
Sunshine S. Sykes
United States District Judge